**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
Case no. 6:19-cv-01387-DCC

| | |
|---|---|
| **KALEB NELSON,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**PMC HOME & AUTO INSURANCE AGENCY, LLC,** a Florida company,<br><br>*Defendant.* | **NOTICE OF DISMISSAL** |

## STIPULATION OF DISMISSAL

The Plaintiff Kaleb Nelson, and Defendant, PMC Home & Auto Insurance Agency, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff Kaleb Nelson's individual claims against PMC Home & Auto Insurance Agency, LLC. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Respectfully Submitted,

**KALEB NELSON**, individually and on behalf of those similarly situated individuals

Dated: January 11, 2021

*/s/ C Tyson Nettles*
C Tyson Nettles
Nettles Law Firm
PO Box 22007; Charleston SC 29413
tyson@tysonnettleslaw.com
Telephone: (843) 278-8416

*Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Classes*

*Pro Hac Vice*

**PMC HOME & AUTO INSURANCE AGENCY,
LLC,** a Florida company

Dated: January 11, 2021                   *Jeffrey A. Backman (Florida Bar No.: 662501)
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958
Email: jeffrey.backman@gmlaw.com

John S. Wilkerson, III (Federal Bar. No.: 4657)
**TURNER PADGET GRAHAM & LANEY, PA**
Post Office Box 22129
Charleston, SC 29413
Telephone: 843-576-2801
Facsimile: 843-577-1649
Email: jwilkerson@turnerpadget.com
*Attorneys for Defendant, PMC Home & Auto Insurance
Agency, LLC*

*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, and it is being served this day on all

counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ C Tyson Nettles*